DIANE AQUI, ESQ. (SBN 217087)
1120 College Avenue
Santa Rosa, CA 95404-4020
Phone (707) 526-3700
Facsimile (707) 526-1716

Attorneys for Plaintiff
MARK ENLOW

UNITED STATES DISTRICT COURT
NORTHERN DIVISION

| | |
|---|---|
| MARK ENLOW, | CASE NO.: C 14-00597 TEH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| v. | |
| STATES RECOVERY SYSTEMS, INC., FIRST TECH FEDERAL CREDIT UNION, and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Mark Enlow and Defendants States Recovery Systems, Inc. and First Tech Federal Credit Union by and through their respective counsel of record that all claims for relief in the above-captioned action brought by Plaintiff be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS FURTHER STIPULATED that the parties agree to bear their own costs and attorney fees.

Dated: April 23, 2014

_____
DIANE AQUI
Attorney for Plaintiff
Mark Enlow

1

STIPULATION AND [PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE

| | |
|---|---|
| 1   Dated: 4/28/2014 | SMITH DOLLAR PC |
| 2 | |
| 3 | *[signature]* |
| 4 | ANTONIO CORTES |
| 5 | Attorney for Defendant<br>First Tech Federal Credit Union |
| 6 | |
| 7   Dated: | TROY M. WILKINSON LAW OFFICE |
| 8 | |
| 9 | TROY WILKINSON |
| 10 | Attorney for Defendant<br>States Recovery Systems |

2

STIPULATION AND [PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE

```
1  Dated:                              SMITH DOLLAR PC
2
3
4                                      _____
                                       ANTONIO CORTES
5                                      Attorney for Defendant
                                       First Tech Federal Credit Union
6
   Dated: 4-27-14                      TROY M. WILKINSON LAW OFFICE
7
8                                      _____
9                                      TROY WILKINSON
                                       Attorney for Defendant
10                                     States Recovery Systems
11
12
...
28
```

2

STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE

## ORDER AND DISMISSAL WITH PREJUDICE

GOOD CAUSE APPEARING, the Stipulation of the parties as set forth above is approved and is adopted as an Order of the Court.

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

Date: 05/12/2014

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

3
STIPULATION AND [PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE